# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-889
Lower Tribunal No. F94-5151B
_____

**Ramona Tavia,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Joseph Perkins, Judge.

Ramona Tavia, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.  See <u>Johnson v. State</u>, 60 So. 3d 1045 (Fla. 2011) (recognizing that under rule 3.800(a) the burden is on the defendant to demonstrate an entitlement to relief on the face of the record and that, accordingly, the State has no burden to establish that the defendant is not entitled to relief) (citing <u>Williams v. State</u>, 957 So. 2d 600 (Fla. 2007) (holding that under rule 3.800(a) the burden is on the defendant to demonstrate an entitlement to relief on the face of the record and without an evidentiary hearing)).